# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

_____,  :
:
Plaintiff(s)  :
:
v.  :   Case No. _____
:
_____,  :
:
Defendant(s)

## NOTICE OF ACCEPTANCE OF SERVICE

I, _____
_____
_____
(*defendant(s)*)

hereby acknowledge receipt of the complaint filed in the above referenced action and accept service in accordance with the Agreement on Acceptance of Service between the U.S. District Court for the District of Rhode Island and the Rhode Island Attorney General.

I agree to answer or otherwise plead within the time prescribed in Fed. R. Civ. P. 12(a)(1)(A)(ii), and understand that if I fail to file an answer or otherwise defend within the prescribed time, I will be subject to default pursuant to Fed. R. Civ. P. 55.

_____   _____
*Name*   *Signature*

_____   _____
*Bar Number*   *Date*

_____   _____
*Firm/Agency*   *Telephone Number*

_____   _____
*Address*   *Fax Number*

_____   _____
*City, State, Zip Code*   *E-mail Address*