UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **LORENZO HICKS-HINSON,**  *Plaintiff*  v.  **STATE OF RHODE ISLAND DEPARTMENT OF CORRECTIONS,**  *Defendant* | C.A. No.: 1:20-cv-00141-JJM-PAS |

## ENTRY OF APPEARANCE

I, Justin J. Sullivan, Special Assistant Attorney General, hereby enter my appearance as counsel in the above-captioned matter on behalf of Defendant State of Rhode Island Department of Corrections ("RIDOC").

Respectfully Submitted,

RIDOC Defendants,
By,

PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Justin J. Sullivan*
Justin J. Sullivan, Esq. (Bar No. 9770)
Special Assistant Attorney General
Rhode Island Office of the Attorney General
150 S. Main St. Providence, RI 02903
Tel: (401) 274-4400 | Ext. 2007
Fax: (401) 222-2995
jjsullivan@riag.ri.gov

1

## **CERTIFICATE OF SERVICE**

   I, the undersigned, hereby certify that a copy of the within Entry of Appearance was filed via the ECF filing system on Thursday, August 06, 2020 and that it is available for viewing and downloading. I also hereby certify that I mailed a copy of the foregoing document by first class mail, postage prepaid on Thursday, August 06, 2020 to:


**Lorenzo Hicks-Hinson, pro se**
#146049
ACI
PO Box 8200
Cranston, RI 02920 ,

                    */s/ Colleen Cole*