RE: 20-141-JJM

10/24/20

OCT 3 0 2020
U.S. DISTRICT COURT
DISTRICT OF R.I.

Dear Clerk,

Please send me a copy of the Docket and all materials and filings filed by the Defendants Counsel.

Thank You

[signature]

PS

I have move to PO Box 8273 Cranston RI 02920

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

HICKS - HINSON

V                                           20-141-JJM-PAS

RIDOC

## MOTION TO STAY IN ABEYANCE

Now comes the Plaintiff in the Above entitled matter and moves this Honorable Court to stay this matter. The Plaintiff is in the Maximum Security Facility and has no access to the law library to help him litigate these issues, as a pro-se litigant, due to lock down measures in place because of COVID. Therefore he asks that this matter be stayed until lockdown measures are lifted.

WHEREFORE the reasons stated herein the Plaintiff respectfully requests that this motion be granted.

Respectfully Submitted,

10/24/20

PO BOX 8273
CRANSTON RI 02920

## CERTIFICATION

I hereby certify that I mailed this motion to the office of the clerk to be electronically filed and served on the Defendant's on 10/26/20.